

# NUMBER 13-15-00323-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE THE STATE OF TEXAS EX REL. STEPHEN B. TYLER

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Benavides and Perkes
### Per Curiam Order

Relator, the State of Texas ex rel. Stephen B. Tyler, filed a petition for writ of mandamus in the above cause on July 15, 2015. Through this original proceeding, relator seeks to compel the trial court to vacate the judgment and sentence imposed on July 3, 2015 and to convene a sentencing hearing before a properly constituted jury. The Court requests that the real party in interest, Jaimie Rene Runnels, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
16th day of July, 2015.